The **TRAVELERS INSURANCE COMPANY**, Movant, v.
**Roy HUBBARD**, Opposed.

Court of Appeals of Kentucky.

November 29, 1946.

Golden & Lay for movant.

Floyd Taylor opposed.

PER CURIAM.

Appeal denied. Judgment affirmed.

**Charles E. COBURN**, Movant, v. **W. E. SWARTZWELDER**, Opposed.

Court of Appeals of Kentucky.

December 3, 1946.

P. H. Vincent for movant.

Davis M. Howerton opposed.

PER CURIAM.

Appeal denied. Judgment affirmed.